Case 1:16-cv-01451-JTN-ESC   ECF No. 5 filed 01/09/17   PageID.117   Page 1 of 2
AO 440 (Rev. 01/09) Summons in a Civil Action -MIWD (Rev. 07/15)
Case 1:16-cv-01451-JTN-ESC   ECF No. 4 filed 12/27/16   PageID.116   Page 1 of 1

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

BERNARD MULDER

v.

LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PENSION FUND

Case No. 16-cv-1451
Hon. Janet T. Neff

TO: Local 705, International Brotherhood of Teamsters
ADDRESS: Pension Fund
Jack F. Witt, Fund Administrator
1645 W Jackson Blvd., 7th Floor
Chicago, IL 60612

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mark S. Allard (P38164)
VARNUM, LLP
333 Bridge Street N.W., Suite 1700
Grand Rapids, MI 49504

CLERK OF COURT



By: Deputy Clerk

December 27, 2016
Date

## PROOF OF SERVICE

This summons for __Local 705, International Brotherhood of Teamsters__ was received by me on __01/03/2017__.
(name of individual and title, if any)
Pension Fund,   Jack F. Witt, Fund Administrator

☐ I personally served the summons on the individual at _____
on _____. (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)   (date)

☐ I returned the summons unexecuted because _____.

☒ Other (specify): __served by certified mail, return receipt requested (attached) on 01/03/2017__.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __01/09/2017__

Additional information regarding attempted service, etc.:

_Susan M. Nawara_
Server's signature

__Susan M. Nawara, Legal Secretary__
Varnum, LLP   Server's printed name and title
333 Bridge Street, NW, Suite 1700
Grand Rapids, MI 49504
(616) 336-6000

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)
- ☐ Return Receipt (electronic)
- ☐ Certified Mail Restricted Delivery
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To: Jack Witt  Re: B. Mulder
Street and Apt. No., or PO Box No.: Local 705
City, State, ZIP+4: Chicago, IL

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 4031 3853

Postmark: GRAND RAPIDS MI 49599, DEC 2016

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR JACK F WITT
FUND ADMINISTRATOR
LOCAL 705 INTERNAT'L BROTHERHOOD
OF TEAMSTERS, PENSION FUND
1645 W JACKSON BLVD 7TH FLOOR
CHICAGO IL 60612

Re: B. Mulder / Local 705

9590 9403 0728 5196 2917 40

2. Article Number (Transfer from service label)

7016 1970 0000 4031 3853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Me Woprcoluwsk
C. Date of Delivery: 1/3/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt